**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ELTON HARPER, JR.**                                                                **PETITIONER**

**V.**                                                                **NO. 4:22-CV-17-DMB-DAS**

**CIRCUIT COURT OF**
**WASHINGTON COUNTY**                                                                **RESPONDENT**

## **FINAL JUDGMENT**

In accordance with the "Opinion and Order" entered this day, Elton Harper's petition for

a writ of habeas corpus is **DISMISSED with prejudice**.

**SO ORDERED**, this 29th day of November, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**